PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVEH FASIH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-01032-BEN-BLM<br>Judge: Hon. Roger T. Benitez<br>Ctrm: 5A<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** |

NOTICE OF VOLUNTARY DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kaveh
2  Fasih dismisses with prejudice this action against Unilever United States, Inc.
3  Defendant has not yet filed or served a response to Plaintiff's Complaint.

Dated: July 20, 2018                    PACIFIC TRIAL ATTORNEYS

                                        By: /s/ Scott J. Ferrell
                                            Scott J. Ferrell
                                            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.